SHANNON G. SPLAINE, ESQ.
Nevada Bar No. 8241
**LINCOLN, GUSTAFSON & CERCOS, LLP**
*ATTORNEYS AT LAW*
3960 Howard Hughes Parkway
Suite 200
Las Vegas, Nevada 89169
Telephone:  (702) 257-1997
Facsimile:   (702) 257-2203
ssplaine@lgclawoffice.com

Attorneys for Defendants,
National Collegiate Student Loan Trust 2004-2,
National Collegiate Student Loan Trust 2005-2,
National Collegiate Student Loan Trust 2005-3,
and National Collegiate Student Loan Trust 2006-3

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>JAVIER MEDINA,<br><br>     Debtor, | CASE NO.: BK-S-10-33712-MKN<br><br>CHAPTER 7 |
| JAVIER MEDINA,<br><br>     Plaintiff,<br><br>v.<br><br>NATIONAL COLLEGIATE STUDENT LOAN TRUST 2004-2; NATIONAL COLLEGIATE STUDENT LOAN TRUST 2005-2; NATIONAL COLLEGIATE STUDENT LOAN TRUST 2005-3; and NATIONAL COLLEGIATE STUDENT LOAN TRUST 2006-3, Delaware Statutory Trust(s).<br><br>     Defendants. | ADVERSARY<br>PROCEEDING NO.:  15-01175-mkn<br><br>**DEFENDANTS' NATIONAL COLLEGIATE STUDENT LOAN TRUST 2004-2, NATIONAL COLLEGIATE STUDENT LOAN TRUST 2005-2, NATIONAL COLLEGIATE STUDENT LOAN TRUST 2005-3 AND NATIONAL COLLEGIATE STUDENT LOAN TRUST 2006-3'S STATEMENT OF UNDISPUTED FACTS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT** |

      **NOW COMES DEFENDANTS,** National Collegiate Student Loan Trust 2004-2, National Collegiate Student Loan Trust 2005-2, National Collegiate Student Loan Trust 2005-3, AND National Collegiate Student Loan Trust 2006-3 (hereinafter, collectively, "defendants"), pursuant to Local Rule 7056(a), who respectfully submit this Statement of Undisputed Facts.

| No. | Undisputed Fact | Citation to Evidence |
|---|---|---|
| 1. | Plaintiff borrowed $176,926.17 in the form of student loans now owned by defendants. | Declaration of James H. Cummins ("Cummins Decl.") ¶ 4; Declaration of Shannon Splaine ("Splaine Decl.") Ex. A at pp. 33 |
| 2. | Plaintiff's student loans owed to defendants are governed by 11 U.S.C. § 523(a)(8). | Cummins Decl. ¶ 11. |
| 3. | Plaintiff has not made any payments on the loans owed to defendants since on or before August 27, 2010, and he currently owes $263,520.59, including principal and interest. | Cummins Decl. ¶ 4. |
| 4. | Plaintiff's income from 2010 to 2015 was as follows:<br>• 2010: $35,338;<br>• 2011: $44,771;<br>• 2012: $53,917;<br>• 2013: $38,801;<br>• 2014: $52,918; and<br>• 2015: $46,453. | Splaine Decl. Ex. A at pp.7-18. |
| 5. | Plaintiff subscribes to NetFlix, DirectTV, iTunes, T-Mobile, and Cox internet for a combined monthly expense of approximately $245.00. | Splaine Decl. Ex. A at pp. 19-32. |
| 6. | Plaintiff is a member of both Sam's Club and Costco. | Splaine Decl. Ex. A at pp. 19-32. |
| 7. | Plaintiff enrolls his children in a parochial school at an average cost of $655.00 per month. | Splaine Decl. Ex. A at pp. 19-32. |

Respectfully submitted this 9th day of June, 2016.

**LINCOLN, GUSTAFSON & CERCOS, LLP**

/s/ Shannon G. Splaine

**SHANNON G. SPLAINE, ESQ.**
Nevada Bar No. 8241
3960 Howard Hughes Parkway, Suite 200
Las Vegas, Nevada 89169
Attorneys for Defendants,
National Collegiate Student Loan Trust 2004-2,
National Collegiate Student Loan Trust 2005-2,
National Collegiate Student Loan Trust 2005-3,
and National Collegiate Student Loan Trust 2006-3

v:\k-o\medina_national\atty notes\drafts\pldgs\20160609_stmt.docx